**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| HENRY M. DRURY III, as Administrator of the Estate of ANDREW M. DRURY, deceased | : : : : | |
| *Plaintiff* | : : | Civil Action No. 2:26-cv-00666 |
| v. | : : | |
| PENNSYLVANIA OFFICE OF ATTORNEY GENERAL, et al. *Defendants* | : : : : | |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the

Plaintiff, Henry M. Drury and through his counsel, David B. Kline, Esquire hereby give notice

that the above-captioned action is voluntarily dismissed, without prejudice against the

Defendants, Pennsylvania Office of Attorney General, Philadelphia Department of Prisons,

Curran-Fromhold Correctional Facility, and City of Philadelphia.

Date:   June 9, 2026

/s/ *David B. Kline*
David B. Kline, Esquire
*Attorney for Plaintiff*
Zafran Law Group
1704 Locust Street
Philadelphia, PA 19103
Phone: (215) 587-0038